**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MATTHEW ALEXANDER KING, | ) | |
| #17576-104, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 21-cv-01714-JPG** |
| | ) | |
| KATHY HILL, | ) | |
| S. WALLACE, | ) | |
| TAMMY HOTTES, | ) | |
| DAN SPROUL, | ) | |
| J. LECLAIR, | ) | |
| BARBARA VON BLANCKENSEE, | ) | |
| AMBER NELSON, | ) | |
| MARY NOLAND, | ) | |
| KATHERINE SIEREVELD, | ) | |
| TRACY KNUTSON, | ) | |
| and USA, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER DISMISSING CASE

**GILBERT, District Judge:**

Plaintiff Matthew Alexander King filed this action pursuant to *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), to challenge the toilet tissue policy at the United States Penitentiary in Marion, Illinois. (Doc. 1-1). Plaintiff claims this policy violated his rights under the Eighth Amendment and Illinois law. (*Id.*).

The claims did not survive preliminary review under 28 U.S.C. § 1915A and were dismissed on April 21, 2022. (Doc. 7). Plaintiff was granted leave to file a First Amended Complaint on or before May 22, 2022, if he intended to proceed any further with his claims in this case. (*Id.* at 12). He was warned that failure to file an amended complaint by the deadline would result in dismissal of the action with prejudice. (*Id.*) (citing FED. R. CIV. P. 41(b)).

1

Plaintiff missed the deadline for filing an Amended Complaint on May 22, 2022.  At least a week has passed since the deadline expired.  He has not requested an extension.  The Court will not allow this matter to linger indefinitely.  This action shall be dismissed with prejudice for failure to comply with the Court's Order (Doc. 7) to file an Amended Complaint and/or to prosecute his claims.  FED. R. CIV. P. 41(b).

### Disposition

**IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice based on Plaintiff's failure to comply with the Court's Order (Doc. 7) to file an Amended Complaint and/or prosecute his claims.  *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:  5/31/2022**                           s/J. Phil Gilbert
                                                              **J. PHIL GILBERT**
                                                              **United States District Judge**